UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-5887(DSD/FLN)

Betsy L. Sutherland,

       Plaintiff,

v.                                 **ORDER**

Allied Home Mortgage
Capital Corporation,

       Defendant.

This matter is before the court on defendant Allied Home Mortgage Capital Corporation's unopposed motion to compel arbitration. Based upon the parties' agreement that arbitration is required, **IT IS HEREBY ORDERED** that defendant's motion [Doc. No. 3] is granted, and this action is stayed pending arbitration.

Dated:  January 6, 2009

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court